**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 18, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) |
| **v.** | ) ) **Case No.    4:23-MJ-07102-ACE** |
| **JOSE CARLOS MENDOZA SANCHEZ,** | ) ) ) |

# CRIMINAL COMPLAINT

I, John D'Aquila, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) August 18, 2023, in the county of Franklin in the Eastern District of Washington, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| *18 U.S.C. §§ 922(g)(5)(A), 924(a)(8),* | *Alien in Possession of a Firearm* |

This complaint is based on these facts:

☑ Continued on the attached sheet.

*John D'Aquila*

*Complainant's signature*

**John D'Aquila, TFO FBI**

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:   August 18, 2023

*Alexander C. Ekstrom*

*Judge's signature*

**Alexander C. Ekstrom, United States Magistrate Judge**

City and state:   Yakima, Washington

*Printed name and title*

AUSA: CAB

County: Franklin

*In re Affidavit in Support of Criminal Complaint as to Jose Carlos Mendoza Sanchez*

State of Washington          )

                                            :ss

County of Benton             )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John D'Aquila, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint seeking the arrest of Jose Carlos MENDOZA SANCHEZ for violating 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8), Alien in Possession of a Firearm.

2.      I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and have been since January 2018.  I am a Detective with the Pasco Police Department ("PPD"), and have been since December 2014.

3.      I submit the following to be true and correct to the best of my knowledge based on my personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation.  The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation but are only a summary of facts necessary to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

Affidavit of TFO D'Aquila (4:23-mj-07102-ACE) - 1

## <u>INVESTIGATION</u>

4.      On August 18, 2023, a federal search warrant was served on the person of Jose Carlos MENDOZA SANCHEZ ("MENDOZA SANCHEZ") and his identified residence in Pasco, Washington (4:23-MJ-07100-ACE & 4:23-MJ-07101-ACE) stemming from an investigation into his unlawful possession of firearms.

5.      Prior to the execution of the search warrants, MENDOZA SANCHEZ was observed driving away from his residence and traveling to another residential location in Pasco.  MENDOZA SANCHEZ was contacted in the front yard of that location.  During the contact, a pistol was observed on the back right hip of MENDOZA SANCHEZ' person.  He was detained and the observed firearm was removed from his person.  The firearm was ultimately found to be a Glock 19 9mm handgun with serial number ABPP961 with 17 bullets in the magazine and an empty chamber.

6.      MENDOZA SANCHEZ was transported to the PPD and read his *Miranda* Rights.  He stated he understood his rights and would answer questions without a lawyer present.  In summary, as relevant here, MENDOZA SANCHEZ advised he purchased the firearm from Griggs department store.  He stated his friend worked there any they tried to see if Griggs would actually sell him a gun. MENDOZA SANCHEZ admitted he is in the country illegally and stated it was Grigg's department store's fault for selling him a firearm.  MENDOZA advised he also owned an AR-15 and another gun, but a friend has them in a safe; however, declined to provide further details.

7.      I am aware that Glock handguns are not manufactured in the state of Washington; therefore, the presence of this Glock firearm in the Eastern District of Washington would affect interstate and/or foreign commerce.

Affidavit of TFO D'Aquila (4:23-mj-07102-ACE) - 2

8.      Additionally, United States Border Patrol Agent Gerald Marks advised me that MENDOZA SANCHEZ is not lawfully in the United States.

9.      Based upon the above information, I believe that on August 18, 2023, MENDOZA SANCHEZ unlawfully possessed a firearm, to wit, the above-listed Glock, in violation of 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_John D'Aquila_____
John D'Aquila
TFO FBI

Sworn to telephonically and signed electronically on this 18th day of August, 2023.

_Alexander C. Ekstrom_____
Alexander C. Ekstrom
United States Magistrate Judge

Affidavit of TFO D'Aquila (4:23-mj-07102-ACE) - 3