Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 06 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  4:23-CR-6027-SAB |
| Plaintiff, | INDICTMENT |
| v. | Vio.:  21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), 846 |
| JOSE DEJESUS MEDINA ACEVEDO (a/k/a "Chuy"), | Conspiracy to Distribute 5 Kilograms or More of Cocaine (Count 1) |
| JUAN CARDENAS VALDOVINOS (a/k/a "Duvalin"), | |
| JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), and | 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii) |
| ROBERTO VALENCIA VALDEZ, | Possession with the Intent to Distribute 500 Grams or More of Cocaine (Count 2) |
| Defendants. | |
| | 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8) Unlawful Alien in Possession of a Firearm (Count 3) |
| | 21 U.S.C. § 853 Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by January 2022, and continuing until on or about September 6, 2023, in the Eastern District of Washington and elsewhere, the Defendants, JOSE DEJESUS MEDINA ACEVEDO (a/k/a "Chuy"), JUAN CARDENAS VALDOVINOS (a/k/a "Duvalin"), JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), and ROBERTO VALENCIA VALDEZ, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: Distribution of 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), 846

COUNT 2

On or about August 3, 2023, in the Eastern District of Washington, the Defendant, JOSE DEJESUS MEDINA ACEVEDO (a/k/a "Chuy"), did knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii).

///

///

INDICTMENT – 2

COUNT 3

On or about August 18, 2023, in the Eastern District of Washington, the Defendant, JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Glock 19 9mm handgun bearing serial number ABPP961, which firearm had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants, JOSE DEJESUS MEDINA ACEVEDO (aka "Chuy"), JUAN CARDENAS VALDOVINOS (aka "Duvalin"), JOSE CARLOS MENDOZA SANCHEZ (aka "Carteezy"), and ROBERTO VALENCIA VALDEZ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

INDICTMENT – 3

If any forfeitable property, as a result of any act or omission of the Defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___6___ day of September, 2023.

A TRUE BILL

████████████████████

Foreperson

_Vanessa Waldref_

Vanessa R. Waldref
United States Attorney

_signature_

Stephanie Van Marter
Assistant United States Attorney

_____

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 4